UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X   Case No. 09-13258
In re:

DIMITRI NURSERIES, INC.            **AFFIDAVIT**
                            Debtor.

---------------------------------------------------------X

STATE OF NEW YORK    )
                     )ss.:
COUNTY OF NEW YORK   )

    Dimitri Gatanas being duly sworn, deposes and says:

I am one of the responsible parties designated by the Court in this proceeding. I have been the primary operating member of the debtor and the other entities involved in this proceeding.

I am making this affidavit in support of the affirmation by my counsel Samuel Rosenberg and my former attorney Steven Rosenberg which are being submitted in objection to the Trustee's Contempt Motion.

I wish to afirm to this Court that I have made every effort humanly possible to comply with the multiple demands by the trustee for documents and inforamtion. I find it impossible to furnish the trustee with any additional schedules and information because I dont have any of the document which would enable me to prepare the schedules.

If there is any further information the trustee requires I will attempt to obtain such information upon receipt of her request.

I trust that the Court will exercise its sound discretion in deniyng the extreme and severe punitive penalty which the trustee is demanding;

Dated:    February 25, 2011
          New York, NY

                                                                Dimitri Gatanas

Sworn to before me this
25th day of February 2011

SAMUEL ROSENBERG
Notary Public, State of New York
No. 31-3552750
Qualified in New York County
Term Expires January 31, ~~1995~~ 2014