UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
─────────────────────────────────────X
In re:

DIMITRI NURSERIES, INC.                         CHAPTER 7

                Debtor.        CASE NO. 09-13258 (REG)
─────────────────────────────────────X

ORDER REGARDING CONTEMPT JUDGMENT AGAINST
DIMITRI GATANAS AND ALEXANDER GATANAS

      Upon the application of Angela Milner-Milner, Esq., Chapter 7 Trustee of Dimitri Nurseries, Inc. to enter judgment against Dimitri Gatanas and Alexander N. Gatanas (the "Responsible Persons"), pursuant to the order of contempt dated June 22, 2010 entered by this Court; and the Court having entered a judgment against Dimitri Gatanas and Alexander N. Gatanas on this day, pursuant to Federal Rules of Bankruptcy Procedure 9014 and 7054 and Federal Rules of Civil Procedure 54 (the "Judgment"); it is hereby

      ORDERED that, the Court will entertain an application to reduce the amount of the Judgment if and when (but only after) the Responsible Persons, in good faith and with appropriate care, file bankruptcy the bankruptcy schedules and statement of financial affairs, and adequately account for the 3.9 million dollars received by the Debtor in 2007.

Dated: New York, New York
       May 13, 2011

                                         *s/ Robert E. Gerber*
                                         UNITED STATES BANKRUPTCY JUDGE