# UNITED STATES BANKRUPTCY COURT
SOUTHERN **DISTRICT OF** NEW YORK
MANHATTAN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| DIMITRI NURSERIES, INC. | § | Case No. 09-13258 |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Angela Tese-Milner, as Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 79,645.00 *(Without deducting any secured claims)* | Assets Exempt: NA |
| Total Distributions to Claimants: 55,315.00 | Claims Discharged Without Payment: NA |
| Total Expenses of Administration: 398,152.85 | |

3) Total gross receipts of $ 453,467.85 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 453,467.85 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 59,822.00 | $ 277,146.26 | $ 5,959.50 | $ 5,959.50 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 391,876.44 | 385,576.44 | 385,576.44 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | 41,680.06 | 12,576.41 | 12,576.41 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 119,000.00 | 295,914.59 | 181,469.61 | 49,355.50 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 244,550.66 | 340,102.94 | 123,729.70 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ 423,372.66 | $ 1,346,720.29 | $ 709,311.66 | $ 453,467.85 |

4)  This case was originally filed under chapter on  05/20/2009 , and it was converted to chapter 7 on  11/24/2009 .  The case was pending for 94 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  08/07/2017                    By:/s/Angela Tese-Milner, as Trustee

                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| account receivable | 1221-000 | 3,459.50 |
| Inventory Sale | 1229-000 | 2,500.00 |
| Emigrant stipulated recovery | 1241-000 | 19,372.22 |
| LAW SUIT | 1241-000 | 400,000.00 |
| law suit against Gran Pacific | 1241-000 | 28,000.00 |
| Post-Petition Interest Deposits | 1270-000 | 4.48 |
| cash at premises | 1290-000 | 131.65 |
| **TOTAL GROSS RECEIPTS** | | **$453,467.85** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ford Motor Credit POB 31111 Tampa FL 33631 | | 27,630.00 | NA | NA | 0.00 |
| | GMAC POB 380905 Bloomington MN 55438 | | 13,560.00 | NA | NA | 0.00 |
| | Innovative Lease Services 5931 Priestly Dr. Carsbadm CA 92008 | | 5,000.00 | NA | NA | 0.00 |
| | Toyota Financial POB 3457 Torrance CA 60510 | | 13,632.00 | NA | NA | 0.00 |
| 10B | EVANS NATIONAL LEASING, INC. | 4210-000 | NA | 15,315.80 | 0.00 | 0.00 |
| 4 | GMAC | 4210-000 | NA | 9,042.63 | 0.00 | 0.00 |
| 17 | PUGET SOUND LEASING | 4210-000 | NA | 96,408.02 | 0.00 | 0.00 |
| 6 | PUGET SOUND LEASING | 4210-000 | NA | 106,423.69 | 0.00 | 0.00 |
| 9 | TOYOTA MOTOR CREDIT CORPORATION | 4210-000 | NA | 25,653.10 | 0.00 | 0.00 |
| 11B | INTERNAL REVENUE SERVICE | 4300-070 | NA | 24,303.02 | 5,959.50 | 5,959.50 |
| TOTAL SECURED CLAIMS | | | $ 59,822.00 | $ 277,146.26 | $ 5,959.50 | $ 5,959.50 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Angela Tese-Milner | 2100-000 | NA | 25,923.39 | 25,923.39 | 25,923.39 |
| Trustee Angela Tese-Milner | 2200-000 | NA | 152.50 | 152.50 | 152.50 |
| INTERNATIONAL SURETIES LTD | 2300-000 | NA | 48.44 | 48.44 | 48.44 |
| INTERNATIONAL SURETIES LTD. | 2300-000 | NA | 13.91 | 13.91 | 13.91 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 29.34 | 29.34 | 29.34 |
| 143 PROPERTIES LLC | 2410-000 | NA | 6,300.00 | 0.00 | 0.00 |
| Bank of America | 2600-000 | NA | 261.72 | 261.72 | 261.72 |
| Empire National Bank | 2600-000 | NA | 3,033.77 | 3,033.77 | 3,033.77 |
| EmpireNationalBank | 2600-000 | NA | 4,554.14 | 4,554.14 | 4,554.14 |
| NEW YORK STATE CORPORATION TAX | 2820-000 | NA | 25.00 | 25.00 | 25.00 |
| NYC DEPT. OF FINANCE | 2820-000 | NA | 13.00 | 13.00 | 13.00 |
| NYS CORPORATION TAX | 2820-000 | NA | 38.00 | 38.00 | 38.00 |
| UNITED STATES TRUSTEE | 2950-000 | NA | 1,950.00 | 1,950.00 | 1,950.00 |
| G.E. SANDERS REPORTING INC | 2990-000 | NA | 1,109.25 | 1,109.25 | 1,109.25 |
| NEW YORK STATE CORPORATION TAX | 2990-000 | NA | 25.00 | 25.00 | 25.00 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| UNITED STATES BANKRUPTCY COURT | 2990-000 | NA | 750.00 | 750.00 | 750.00 |
| TESE & MILNER | 3110-000 | NA | 123,863.00 | 123,863.00 | 123,863.00 |
| KLESTADT WINTERS | 3210-000 | NA | 104,591.50 | 104,591.50 | 104,591.50 |
| Klestadt Winters | 3220-000 | NA | 2,814.73 | 2,814.73 | 2,814.73 |
| EISNER AMPER LLP | 3410-580 | NA | 115,916.75 | 115,916.75 | 115,916.75 |
| EisnerAmper LLP | 3420-000 | NA | 463.00 | 463.00 | 463.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 391,876.44 | $ 385,576.44 | $ 385,576.44 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NYS DEPARTMENT OF LABOR | 6820-000 | NA | 19,022.79 | 5,313.14 | 5,313.14 |
| NYS DEPT OF TAX & FINANCE | 6820-000 | NA | 7,263.27 | 7,263.27 | 7,263.27 |
| 143 PROPERTIES LLC | 6920-000 | NA | 15,394.00 | 0.00 | 0.00 |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ 41,680.06 | $ 12,576.41 | $ 12,576.41 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Internal Revenue Service POB 7346 Philadelphia, PA 19101 |  | 50,000.00 | NA | NA | 0.00 |
|  | NYS Department of Taxation and Fina POB 4127 Binghamton, NY  13902 |  | 39,000.00 | NA | NA | 0.00 |
|  | NYS DEPT. OF LABOR UNEMPLOYEMNT INS. DIV. P.O.BOX 551 ALBANY, NEW YORK 12249 |  | 30,000.00 | NA | NA | 0.00 |
| 18 | CONSOLIDATED EDISON COMPANY OF NEW | 5800-000 | NA | 4,772.69 | 4,772.69 | 1,296.62 |
| 11C | INTERNAL REVENUE SERVICE | 5800-000 | NA | 92,803.13 | 92,803.13 | 25,212.35 |
|  | N.Y.S. CORPORATION TAX | 5800-000 | NA | 25.00 | 25.00 | 25.00 |
| 12 | NYC DEPT. OF FINANCE | 5800-000 | NA | 1,100.00 | 1,100.00 | 298.84 |
|  | NYS CORPORATION | 5800-000 | NA | 25.00 | 25.00 | 25.00 |
|  | NYS CORPORATION TAX | 5800-000 | NA | 25.00 | 25.00 | 25.00 |
| 14B | NYS DEPT OF TAX AND FINANCE | 5800-000 | NA | 21,600.88 | 0.00 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 15B | NYS DEPT OF TAX AND FINANCE | 5800-000 | NA | 34,872.13 | 0.00 | 0.00 |
| 25B | NYS DEPT OF TAX AND FINANCE | 5800-000 | NA | 35,828.63 | 35,828.63 | 9,733.77 |
| 3B | NYS DEPT OF TAX AND FINANCE | 5800-000 | NA | 13,018.89 | 0.00 | 0.00 |
| 8B | NYS DEPT OF TAX AND FINANCE | 5800-000 | NA | 21,600.88 | 0.00 | 0.00 |
| 13 | NYS DEPT. OF LABOR | 5800-000 | NA | 23,352.20 | 0.00 | 0.00 |
| 23 | NYS DEPT. OF LABOR | 5800-000 | NA | 46,890.16 | 46,890.16 | 12,738.92 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 119,000.00 | $ 295,914.59 | $ 181,469.61 | $ 49,355.50 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Arett Sales 1152 Marlkress Road Cherry Hill NJ 08034 | | 6,221.13 | NA | NA | 0.00 |
| | Campania International 2452 Quakertown Road Suite 100 | | 15,667.75 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Capital One POB 30285 Salt Lake City | | 5,088.42 | NA | NA | 0.00 |
| | Con Edison JAF Station POB 1702 New York, New York 10116 | | 2,397.77 | NA | NA | 0.00 |
| | Cynergy Data 30-30 47th Avenue Long Island City NY | | 472.50 | NA | NA | 0.00 |
| | Ford Motor Credit Company POB 31111 Tampa Florida 33631 | | 27,630.00 | NA | NA | 0.00 |
| | GLS Real Estate Co. LLC 2407 Third Avenue Bronx, NY 10451 | | 70,540.00 | NA | NA | 0.00 |
| | Northern Border Tree Farm POB 449 Andoven NJ 07821 | | 6,198.70 | NA | NA | 0.00 |
| | Paetec POB 1283 Buffalo NY 14240 | | 260.66 | NA | NA | 0.00 |
| | Ponce De Leon Federal Savings Bank 1925 Third Avenue NY NY 10029 | | 8,992.77 | NA | NA | 0.00 |
| | Pugget Sounds Leasing POB 1295 Issaquah, WA 98027 | | 93,751.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Staples Credit Plan POB 689020 Des Moines IA 50361 | | 4,500.00 | NA | NA | 0.00 |
| | W.B. Brownstone Sales Co. POB 2110 Mandeville LA 70470 | | 2,829.96 | NA | NA | 0.00 |
| 19 | 143 PROPERTIES LLC | 7100-000 | NA | 58,334.00 | 0.00 | 0.00 |
| 20 | 143 PROPERTIES LLC | 7100-000 | NA | 6,300.00 | 0.00 | 0.00 |
| 21 | 143 PROPERTIES LLC | 7100-000 | NA | 15,394.00 | 0.00 | 0.00 |
| 31 | 143 PROPERTIES LLC | 7100-000 | NA | 58,334.00 | 0.00 | 0.00 |
| 2 | CONSOLIDATED EDISON COMPANY OF NEW | 7100-000 | NA | 10,344.30 | 10,344.30 | 0.00 |
| 24 | DAVID ROSE PERENNIALS INC. | 7100-000 | NA | 1,931.37 | 1,931.37 | 0.00 |
| 10A | EVANS NATIONAL LEASING, INC. | 7100-000 | NA | 26,764.13 | 0.00 | 0.00 |
| 1 | GLS REAL ESTATE CO, LLC | 7100-000 | NA | 75,686.77 | 75,686.77 | 0.00 |
| 11A | INTERNAL REVENUE SERVICE | 7100-000 | NA | 9,524.25 | 9,524.25 | 0.00 |
| 14A | NYS DEPT OF TAX AND FINANCE | 7100-000 | NA | 8,139.16 | 0.00 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 15A | NYS DEPT OF TAX AND FINANCE | 7100-000 | NA | 8,139.16 | 0.00 | 0.00 |
| 25A | NYS DEPT OF TAX AND FINANCE | 7100-000 | NA | 8,342.26 | 8,342.26 | 0.00 |
| 3A | NYS DEPT OF TAX AND FINANCE | 7100-000 | NA | 2,095.40 | 0.00 | 0.00 |
| 5A | NYS DEPT OF TAX AND FINANCE | 7100-000 | NA | 2,880.88 | 0.00 | 0.00 |
| 5B | NYS DEPT OF TAX AND FINANCE | 7100-000 | NA | 18,990.21 | 0.00 | 0.00 |
| 8A | NYS DEPT OF TAX AND FINANCE | 7100-000 | NA | 5,689.16 | 0.00 | 0.00 |
| 22 | NYS DEPT. OF LABOR | 7100-000 | NA | 5,313.14 | 0.00 | 0.00 |
| 7 | W.B. BROWNSTONE SALES CO | 7100-000 | NA | 2,733.00 | 2,733.00 | 0.00 |
| 26 | CAMPANIA INTERNATIONAL | 7200-000 | NA | 15,167.75 | 15,167.75 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 244,550.66 | $ 340,102.94 | $ 123,729.70 | $ 0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 09-13258 | CGM | Judge: | Cecilia G. Morris | | Trustee Name: | Angela Tese-Milner, as Trustee |
|---|---|---|---|---|---|---|---|
| Case Name: | DIMITRI NURSERIES, INC. | | | | | Date Filed (f) or Converted (c): | 11/24/2009 (c) |
| | | | | | | 341(a) Meeting Date: | 01/12/2010 |
| For Period Ending: | 08/07/2017 | | | | | Claims Bar Date: | 04/12/2010 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 1.  cash at premises                          (u) | 0.00 | 131.65 | | 131.65 | FA |
| 2.  Post-Petition Interest Deposits | 0.00 | N/A | | 4.48 | FA |
| 3.  account receivable                    (u) | 30,000.00 | 3,459.50 | | 3,459.50 | FA |
| 4.  Inventory Sale                            (u) | 0.00 | 2,500.00 | | 2,500.00 | FA |
| 5.  LAW SUIT                                    (u) | 0.00 | 400,000.00 | | 400,000.00 | FA |
| 6.  Emigrant stipulated recovery        (u) | 0.00 | 19,372.22 | | 19,372.22 | FA |
| 7.  BANK ACCOUNTS | 645.00 | 0.00 | | 0.00 | FA |
| 8.  AUTOMOBILES AND OTHER VEHICLES | 53,000.00 | 0.00 | | 0.00 | FA |
| 9.  misc office equip | 1,000.00 | 0.00 | | 0.00 | FA |
| 10.  store fixtures and lighting | 5,000.00 | 0.00 | | 0.00 | FA |
| 11.  misc plants seeds | 20,000.00 | 0.00 | | 0.00 | FA |
| 12.  law suit against Gran Pacific        (u) | 0.00 | 28,000.00 | | 28,000.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $109,645.00 | $453,463.37 | | $453,467.85 | $0.00 |
|---|---|---|---|---|---|

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Trustee is objecting to claims.  Following the claims objection process, the Trustee will file her final report.
The Trustee has filed her final report.
12/31/16 The Trustee has made her final distribution.

Exhibit 8

| RE PROP # | 3 | -- | The Trustee collected various accounts receivable from entities that had purchased flowers from the Debtors. The account receivables listed in the Debtor's 2012 revised schedules were not collectible. The Trustee served demand letters on all identified account debtors. |
| RE PROP # | 4 | -- | The Trustee retained GEM Auction Corp. in December 2010 to conduct a sale of the Debtor's inventory which took place on the Debtor's business premises in January 2011. |
| RE PROP # | 5 | -- | The Trustee has conducted an investigation and has filed complaint against the principals of the Debtor and related entities. A  stipulation of settlement resolving the adversary proceeding has been "so-ordered" by the Court.<br>see case notes |
| RE PROP # | 7 | -- | funds not available at conversion to chapter 7 |
| RE PROP # | 8 | -- | The Debtor was not in possession of the automobiles when the case was converted and the vehicles had no equity for the estate. |
| RE PROP # | 10 | -- | These fixtures had no value to the estate and legally were property of the landlord. |
| RE PROP # | 11 | -- | not available at conversion |

Initial Projected Date of Final Report (TFR): 12/31/2010          Current Projected Date of Final Report (TFR): 07/07/2016

09-13258-mkv   Doc 114   Filed 08/25/17   Entered 08/25/17 15:49:12   Main Document
Pg 14 of 24

**FORM 2**

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: 09-13258 | | Trustee Name: Angela Tese-Milner, as Trustee | Exhibit 9 |
| Case Name: DIMITRI NURSERIES, INC. | | Bank Name: Bank of America | |
| | | Account Number/CD#: XXXXXX4710 | |
| | | Money Market Account (Interest Earn | |
| Taxpayer ID No: XX-XXX1796 | | Blanket Bond (per case limit): $68,010,465.00 | |
| For Period Ending: 08/07/2017 | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/15/09 | 1 | TESE-MILNER, ANGELA Trustee | cash at premises | 1290-000 | $131.65 | | $131.65 |
| 12/15/09 | 3 | SOUTHPOINT CAPITAL ADVISORSLP 623 Fifth AvenueSuite 2601New York NY 10022 | account rec. | 1221-000 | $789.05 | | $920.70 |
| 12/31/09 | 2 | Bank of America | Interest Rate  0.030 | 1270-000 | $0.01 | | $920.71 |
| 01/12/10 | 3 | FRANK &  WALTER EBERHARDT | COLLECTIONS | 1221-000 | $264.35 | | $1,185.06 |
| 01/12/10 | | West End Synagogue | COLLECTIONS | 1221-000 | $145.90 | | $1,330.96 |
| 01/12/10 | | K. McCallum | COLLECTIONS | 1121-000 | $220.98 | | $1,551.94 |
| 01/13/10 | 4 | G.E.M. AUCTION CORP. | SALE PAYMENT | 1229-000 | $2,500.00 | | $4,051.94 |
| 01/25/10 | 3 | SYNAGOGUE, WEST END | account receivable correction of deposit 4 | 1221-000 | $145.90 | | $4,197.84 |
| 01/25/10 | 3 | K., MCCALLUM | account receivable | 1221-000 | $220.98 | | $4,418.82 |
| 01/25/10 | | West End Synagogue | COLLECTIONS Reversal incorrect amount | 1221-000 | ($145.90) | | $4,272.92 |
| 01/25/10 | | K. McCallum | COLLECTIONS Reversal correction of deposit 5 for amount | 1121-000 | ($220.98) | | $4,051.94 |
| 01/29/10 | 2 | Bank of America | Interest Rate  0.030 | 1270-000 | $0.05 | | $4,051.99 |
| 02/26/10 | 2 | Bank of America | Interest Rate  0.030 | 1270-000 | $0.09 | | $4,052.08 |
| 03/11/10 | 3 | BMC NINE INTERPRISES, INC. | A Rec. | 1221-000 | $337.94 | | $4,390.02 |
| 03/11/10 | 3 | RMC HOLDING GROUP, LLC | A Rec. | 1221-000 | $293.00 | | $4,683.02 |
| 03/11/10 | 3 | BETA 1. LLC | A. Rec. | 1221-000 | $561.07 | | $5,244.09 |
| 03/11/10 | 3 | BETA II, LLC | A. Rec. | 1221-000 | $585.91 | | $5,830.00 |

| | | Page Subtotals: | | | $5,830.00 | $0.00 | |

FORM 2

Pg 15 of 24

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: 09-13258 | Trustee Name: Angela Tese-Milner, as Trustee |
| Case Name: DIMITRI NURSERIES, INC. | Bank Name: Bank of America |
| | Account Number/CD#: XXXXXX4710 |
| | Money Market Account (Interest Earn |
| Taxpayer ID No: XX-XXX1796 | Blanket Bond (per case limit): $68,010,465.00 |
| For Period Ending: 08/07/2017 | Separate Bond (if applicable): |

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/11/10 | 3 | AAF, DOUGLAS ELLIMAN | A. Rec | 1221-000 | $261.30 | | $6,091.30 |
| 03/11/10 | 1001 | NYS CORPORATION TAX Tax ID 13-3611796 | tax payment | 2820-000 | | $13.00 | $6,078.30 |
| 03/11/10 | 1002 | NYC DEPT. OF FINANCE Tax Id.13-3611796 | tax payment | 2820-000 | | $13.00 | $6,065.30 |
| 03/31/10 | 2 | Bank of America | INTEREST REC'D FROM BANK | 1270-000 | $0.14 | | $6,065.44 |
| 04/30/10 | 2 | Bank of America | Interest Rate  0.030 | 1270-000 | $0.15 | | $6,065.59 |
| 05/28/10 | 2 | Bank of America | Interest Rate  0.030 | 1270-000 | $0.15 | | $6,065.74 |
| 06/01/10 | 1003 | G.E. SANDERS REPORTING INC 363 Seventh Ave21st Fl.N.Y., N.Y. 10001Invoices 5/24 and 27, 2010 | deposition cost | 2990-000 | | $1,109.25 | $4,956.49 |
| 06/30/10 | 2 | Bank of America | Interest Rate  0.030 | 1270-000 | $0.14 | | $4,956.63 |
| 07/30/10 | 2 | Bank of America | Interest Rate  0.030 | 1270-000 | $0.12 | | $4,956.75 |
| 08/31/10 | 2 | Bank of America | Interest Rate  0.030 | 1270-000 | $0.13 | | $4,956.88 |
| 09/30/10 | 2 | Bank of America | Interest Rate  0.030 | 1270-000 | $0.12 | | $4,957.00 |
| 10/29/10 | 2 | Bank of America | Interest Rate  0.030 | 1270-000 | $0.12 | | $4,957.12 |
| 11/30/10 | 2 | Bank of America | Interest Rate  0.030 | 1270-000 | $0.13 | | $4,957.25 |
| 12/31/10 | 2 | Bank of America | Interest Rate  0.030 | 1270-000 | $0.13 | | $4,957.38 |
| 01/31/11 | 2 | Bank of America | Interest Rate  0.030 | 1270-000 | $0.13 | | $4,957.51 |
| 02/28/11 | 2 | Bank of America | Interest Rate  0.010 | 1270-000 | $0.04 | | $4,957.55 |

| | | | |
|---|---|---|---|
| Page Subtotals: | | $262.80 | $1,135.25 |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No: 09-13258 | | | Trustee Name: Angela Tese-Milner, as Trustee | | | Exhibit 9 |
| Case Name: DIMITRI NURSERIES, INC. | | | Bank Name: Bank of America | | | |
| | | | Account Number/CD#: XXXXXX4710 | | | |
| | | | Money Market Account (Interest Earn | | | |
| Taxpayer ID No: XX-XXX1796 | | | Blanket Bond (per case limit): $68,010,465.00 | | | |
| For Period Ending: 08/07/2017 | | | Separate Bond (if applicable): | | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/15/11 | 1004 | NEW YORK STATE CORPORATION TAX Processing UnitPO Box 22092Albany, NY 12201-2092 | tax return payment Employer Identification Number  13-3611796 Tax Year 2010 | 2820-000 | | $25.00 | $4,932.55 |
| 03/31/11 | 2 | Bank of America | Interest Rate  0.010 | 1270-000 | $0.04 | | $4,932.59 |
| 04/27/11 | 6 | EMIGRANT MORTGAGE COMPANY | per settlement order | 1241-000 | $19,372.22 | | $24,304.81 |
| 04/29/11 | 2 | Bank of America | Interest Rate  0.010 | 1270-000 | $0.04 | | $24,304.85 |
| 05/31/11 | 2 | Bank of America | Interest Rate  0.010 | 1270-000 | $0.20 | | $24,305.05 |
| 06/30/11 | 2 | Bank of America | Interest Rate  0.010 | 1270-000 | $0.20 | | $24,305.25 |
| 06/30/11 | 1005 | INTERNATIONAL SURETIES LTD. Suite 420701 Poydras StreetNew Orleans La 70139 | Bond Payment | 2300-000 | | $13.91 | $24,291.34 |
| 07/29/11 | 2 | Bank of America | Interest Rate  0.010 | 1270-000 | $0.20 | | $24,291.54 |
| 08/31/11 | 2 | Bank of America | Interest Rate  0.010 | 1270-000 | $0.21 | | $24,291.75 |
| 09/30/11 | 2 | Bank of America | Interest Rate  0.010 | 1270-000 | $0.20 | | $24,291.95 |
| 10/31/11 | 2 | Bank of America | Interest Rate  0.010 | 1270-000 | $0.21 | | $24,292.16 |
| 10/31/11 | | Bank of America | BANK SERVICE FEE | 2600-000 | | $30.95 | $24,261.21 |
| 11/30/11 | 2 | Bank of America | Interest Rate  0.010 | 1270-000 | $0.20 | | $24,261.41 |
| 11/30/11 | | Bank of America | BANK SERVICE FEE | 2600-000 | | $29.91 | $24,231.50 |
| 12/30/11 | 2 | Bank of America | Interest Rate  0.010 | 1270-000 | $0.20 | | $24,231.70 |
| 12/30/11 | | Bank of America | BANK SERVICE FEE | 2600-000 | | $29.87 | $24,201.83 |

| | | | |
|---|---|---|---|
| Page Subtotals: | | $19,373.92 | $129.64 |

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No: 09-13258 | | | | Trustee Name: Angela Tese-Milner, as Trustee | | Exhibit 9 |
| Case Name: DIMITRI NURSERIES, INC. | | | | Bank Name: Bank of America | | |
| | | | | Account Number/CD#: XXXXXX4710 | | |
| | | | | Money Market Account (Interest Earn | | |
| Taxpayer ID No: XX-XXX1796 | | | | Blanket Bond (per case limit): $68,010,465.00 | | |
| For Period Ending: 08/07/2017 | | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 01/31/12 | 2 | Bank of America | Interest Rate 0.010 | 1270-000 | $0.21 | | $24,202.04 |
| 01/31/12 | | Bank of America | BANK SERVICE FEE | 2600-000 | | $31.74 | $24,170.30 |
| 02/29/12 | 2 | Bank of America | Interest Rate 0.010 | 1270-000 | $0.19 | | $24,170.49 |
| 02/29/12 | | Bank of America | BANK SERVICE FEE | 2600-000 | | $28.73 | $24,141.76 |
| 03/09/12 | 1006 | NEW YORK STATE CORPORATION TAX 09-1325813-3611796 | extension fee | 2990-000 | | $25.00 | $24,116.76 |
| 03/30/12 | 2 | Bank of America | Interest Rate 0.010 | 1270-000 | $0.20 | | $24,116.96 |
| 03/30/12 | | Bank of America | BANK SERVICE FEE | 2600-000 | | $29.67 | $24,087.29 |
| 04/30/12 | 2 | Bank of America | Interest Rate 0.010 | 1270-000 | $0.20 | | $24,087.49 |
| 04/30/12 | | Bank of America | BANK SERVICE FEE | 2600-000 | | $30.60 | $24,056.89 |
| 05/31/12 | 2 | Bank of America | Interest Rate 0.010 | 1270-000 | $0.20 | | $24,057.09 |
| 05/31/12 | | Bank of America | BANK SERVICE FEE | 2600-000 | | $30.56 | $24,026.53 |
| 06/21/12 | 2 | Bank of America | INTEREST REC'D FROM BANK | 1270-000 | $0.13 | | $24,026.66 |
| 06/21/12 | | Bank of America 901 MAIN STREET10TH FLOORDALLAS, TX  75283 | BANK FEES | 2600-000 | | $19.69 | $24,006.97 |
| 06/21/12 | | Trsf To Empire National Bank | FINAL TRANSFER | 9999-000 | | $24,006.97 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | COLUMN TOTALS | | $25,467.85 | $25,467.85 |
| | | Less: Bank Transfers/CD's | | $0.00 | $24,006.97 |
| | | Subtotal | | $25,467.85 | $1,460.88 |
| | | Page Subtotals: | | $1.13 | $24,202.96 |

| | | |
|---|---|---|
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $25,467.85 | $1,460.88 |

| Page Subtotals: | $0.00 | $0.00 |
|---|---|---|

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 09-13258

Case Name: DIMITRI NURSERIES, INC.

Taxpayer ID No: XX-XXX1796

For Period Ending: 08/07/2017

Trustee Name: Angela Tese-Milner, as Trustee

Bank Name: EmpireNationalBank

Account Number/CD#: XXXXXX2241

Checking Account

Blanket Bond (per case limit): $68,010,465.00

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/21/12 | | Trsf In From Bank of America | INITIAL WIRE TRANSFER IN | 9999-000 | $24,006.97 | | $24,006.97 |
| 10/03/12 | 101 | INTERNATIONAL SURETIES LTD Suite 420701 Poydras St.New Orleans, La. 70139 | blanket bond 6/12/12 to 6/12/13 | 2300-000 | | $9.13 | $23,997.84 |
| 03/13/13 | 102 | N.Y.S. CORPORATION TAX | extension tax payment | 5800-000 | | $25.00 | $23,972.84 |
| 08/01/13 | 103 | INTERNATIONAL SURETIES LTD Suite 420701 Poydras St.New Orleans, La. 70139 | Blanket bond payment 2013 voucher #51074 | 2300-000 | | $14.93 | $23,957.91 |
| 01/08/14 | 12 | MEYNER AND LANDIS LLP | SETTLEMENT AMOUNT | 1241-000 | $28,000.00 | | $51,957.91 |
| 03/11/14 | 104 | NYS CORPORATION TAX | TAX PAYMENT | 5800-000 | | $25.00 | $51,932.91 |
| 03/11/14 | 105 | NYC CORPORATION TAX | TAX PAYMENT | 5800-000 | | $25.00 | $51,907.91 |
| 07/08/14 | 106 | INTERNATIONAL SURETIES, LTD. Suite 42 C701 Poydras St.New Orleans La 70139 | bond premium | 2300-000 | | $29.34 | $51,878.57 |
| 08/01/14 | | Empire National Bank | BANK SERVICE FEE | 2600-000 | | $43.26 | $51,835.31 |
| 09/02/14 | | Empire National Bank | BANK SERVICE FEE | 2600-000 | | $43.22 | $51,792.09 |
| 10/01/14 | | Empire National Bank | BANK SERVICE FEE | 2600-000 | | $43.18 | $51,748.91 |
| 11/03/14 | | Empire National Bank | BANK SERVICE FEE | 2600-000 | | $43.14 | $51,705.77 |
| 11/13/14 | 105 | Reverses Check # 105 | TAX PAYMENT | 5800-000 | | ($25.00) | $51,730.77 |
| 12/01/14 | | Empire National Bank | BANK SERVICE FEE | 2600-000 | | $43.11 | $51,687.66 |
| 01/02/15 | | Empire National Bank | BANK SERVICE FEE | 2600-000 | | $43.07 | $51,644.59 |
| 02/02/15 | | Empire National Bank | BANK SERVICE FEE | 2600-000 | | $75.32 | $51,569.27 |

Page Subtotals:                $52,006.97        $437.70

09-13258-mkv   Doc 114   Filed 08/25/17   Entered 08/25/17 15:49:12   Main Document
Pg 20 of 24

FORM 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 09-13258
Case Name: DIMITRI NURSERIES, INC.

Trustee Name: Angela Tese-Milner, as Trustee
Bank Name: EmpireNationalBank
Account Number/CD#: XXXXXX2241
Checking Account

Exhibit 9

Taxpayer ID No: XX-XXX1796
For Period Ending: 08/07/2017

Blanket Bond (per case limit): $68,010,465.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/02/15 | | Empire National Bank | BANK SERVICE FEE | 2600-000 | | $75.21 | $51,494.06 |
| 03/12/15 | 107 | NYS CORPORATION | tax payment | 5800-000 | | $25.00 | $51,469.06 |
| 03/12/15 | 108 | NYC DEPT. OF FINANCE | tax payment | 5800-000 | | $25.00 | $51,444.06 |
| 04/01/15 | | Empire National Bank | BANK SERVICE FEE | 2600-000 | | $75.09 | $51,368.97 |
| 04/30/15 | 108 | Reverses Check # 108 | tax payment Uncashed check | 5800-000 | | ($25.00) | $51,393.97 |
| 05/01/15 | | Empire National Bank | BANK SERVICE FEE | 2600-000 | | $74.95 | $51,319.02 |
| 06/01/15 | | Empire National Bank | BANK SERVICE FEE | 2600-000 | | $74.84 | $51,244.18 |
| 07/01/15 | | Empire National Bank | BANK SERVICE FEE | 2600-000 | | $74.73 | $51,169.45 |
| 07/07/15 | 109 | INTERNATIONAL SURETIES, LTD. | bond premium | 2300-000 | | $24.38 | $51,145.07 |
| 07/16/15 | 5 | AL DOG ENTERPRISES, LLC | Settlement per stipulation order | 1241-000 | $400,000.00 | | $451,145.07 |
| 08/03/15 | | Empire National Bank | BANK SERVICE FEE | 2600-000 | | $356.86 | $450,788.21 |
| 09/01/15 | | Empire National Bank | BANK SERVICE FEE | 2600-000 | | $657.43 | $450,130.78 |
| 09/10/15 | 110 | UNITED STATES BANKRUPTCY COURT S.D.N.Y. | adv. pro, filing fees | 2990-000 | | $750.00 | $449,380.78 |
| 10/01/15 | | Empire National Bank | BANK SERVICE FEE | 2600-000 | | $655.97 | $448,724.81 |
| 11/02/15 | | Empire National Bank | BANK SERVICE FEE | 2600-000 | | $654.39 | $448,070.42 |
| 12/01/15 | | EmpireNationalBank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $653.47 | $447,416.95 |

Page Subtotals:                                 $400,000.00        $4,152.32

UST Form 101-7-TDR (10/1/2010) (Page: 20)

# FORM 4 2A
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 09-13258                                                                    Trustee Name: Angela Tese-Milner, as Trustee          Exhibit 9
Case Name: DIMITRI NURSERIES, INC.                                        Bank Name: EmpireNationalBank
                                                                                              Account Number/CD#: XXXXXX2241
                                                                                                                  Checking Account
Taxpayer ID No: XX-XXX1796                                                    Blanket Bond (per case limit): $68,010,465.00
For Period Ending: 08/07/2017                                                  Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/04/16 | | EmpireNationalBank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $652.48 | $446,764.47 |
| 02/01/16 | | EmpireNationalBank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $651.62 | $446,112.85 |
| 03/01/16 | | EmpireNationalBank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $650.58 | $445,462.27 |
| 03/14/16 | 111 | NYS Corporation Tax NYS Corporation Tax Processing Unit PO Bx 15182 Albany New York 12212-5182 Ct-3-S | corporation tax payment | 2820-000 | | $25.00 | $445,437.27 |
| 04/01/16 | | EmpireNationalBank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $649.61 | $444,787.66 |
| 05/02/16 | | EmpireNationalBank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $648.65 | $444,139.01 |
| 06/01/16 | | EmpireNationalBank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $647.73 | $443,491.28 |
| 12/08/16 | 112 | Trustee Angela Tese-Milner One Minetta Lane NEW YORK, NY  10012 | Distribution | | | $26,075.89 | $417,415.39 |
| | | Trustee Angela Tese-Milner | Final distribution representing a payment of 100.00 % per court order.     ($25,923.39) | 2100-000 | | | |
| | | Trustee Angela Tese-Milner | Final distribution representing a payment of 100.00 % per court order.     ($152.50) | 2200-000 | | | |
| 12/08/16 | 113 | UNITED STATES TRUSTEE 33 Whitehall Street, 21st Floor New York, NY  10004 | (16-1) Unpaid Quarterly | 2950-000 | | $1,950.00 | $415,465.39 |
| 12/08/16 | 114 | TESE & MILNER Tese & Milner | Final distribution representing a payment of 100.00 % per court order. | 3110-000 | | $123,863.00 | $291,602.39 |

Page Subtotals:                                                      $0.00          $155,814.56

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 09-13258                                                    Trustee Name: Angela Tese-Milner, as Trustee                Exhibit 9
Case Name: DIMITRI NURSERIES, INC.                                   Bank Name: EmpireNationalBank
                                                                     Account Number/CD#: XXXXXX2241
                                                                     Checking Account
Taxpayer ID No: XX-XXX1796                                            Blanket Bond (per case limit): $68,010,465.00
For Period Ending: 08/07/2017                                        Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/08/16 | 115 | KLESTADT WINTERS<br>Klestadt Winters | Final distribution representing a payment of 100.00 % per court order. | 3210-000 | | $104,591.50 | $187,010.89 |
| 12/08/16 | 116 | Klestadt Winters | Final distribution representing a payment of 100.00 % per court order. | 3220-000 | | $2,814.73 | $184,196.16 |
| 12/08/16 | 117 | EISNER AMPER LLP<br>Eisner Amper, LLP | Final distribution representing a payment of 100.00 % per court order. | 3410-580 | | $115,916.75 | $68,279.41 |
| 12/08/16 | 118 | EisnerAmper LLP<br>Eisner Amper | Final distribution representing a payment of 100.00 % per court order. | 3420-000 | | $463.00 | $67,816.41 |
| 12/08/16 | 119 | INTERNAL REVENUE SERVICE<br>insolvency section po box 21126<br>philadephia, pa  19114 | Distribution | | | $31,171.85 | $36,644.56 |
| | | INTERNAL REVENUE SERVICE | Final distribution to claim 11          ($5,959.50)<br>representing a payment of 100.00 % per court order. | 4300-070 | | | |
| | | INTERNAL REVENUE SERVICE | Final distribution to claim 11          ($25,212.35)<br>representing a payment of 27.17 % per court order. | 5800-000 | | | |
| 12/08/16 | 120 | NYS DEPT OF TAX & FINANCE<br>Bankruptcy Section<br>P.O. Box 5300<br>Albany, NY  12205-0300 | Final distribution to claim 28 representing a payment of 100.00 % per court order. | 6820-000 | | $7,263.27 | $29,381.29 |
| 12/08/16 | 121 | NYS DEPARTMENT OF LABOR<br>STATE OFFICE CAMPUS<br>BUILDING #12<br>ROOM #256<br>ALBANY, NY  12240 | Final distribution to claim 32 representing a payment of 100.00 % per court order. | 6820-000 | | $5,313.14 | $24,068.15 |
| 12/08/16 | 122 | NYC DEPT. OF FINANCE<br>AUDIT DIVISION<br>345 ADAMS STREET, 5TH FLOOR<br>BROOKLYN, NEW YORK  11201<br>ATTENTION: BANKRUPTCY UNIT | (12-1) ADMINISTRATIVE CLAIM | 5800-000 | | $298.84 | $23,769.31 |

09-13258-mkv    Doc 114    Filed 08/25/17    Entered 08/25/17 15:49:12    Main Document
PG 23 of 24

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No: 09-13258 | Trustee Name: Angela Tese-Milner, as Trustee | Exhibit 9 |
| Case Name: DIMITRI NURSERIES, INC. | Bank Name: EmpireNationalBank | |
| | Account Number/CD#: XXXXXX2241 | |
| | Checking Account | |
| Taxpayer ID No: XX-XXX1796 | Blanket Bond (per case limit): $68,010,465.00 | |
| For Period Ending: 08/07/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/08/16 | 123 | CONSOLIDATED EDISON COMPANY OF NEW<br>4 Irving Place, Room 1875-S<br>New York, New York  10003<br>Attn: Bankruptcy Group | (18-1) Goods Sold | 5800-000 | | $1,296.62 | $22,472.69 |
| 12/08/16 | 124 | NYS DEPT. OF LABOR<br>Unemployment Insurance Division<br>Gov. W. Averell Harriman State Office Bl<br>Building 12, Room 256<br>Albany, N.Y.  12240 | (23-1) AMENDS CLAIM NUMBER 13. | 5800-000 | | $12,738.92 | $9,733.77 |
| 12/08/16 | 125 | NYS DEPT OF TAX AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY  12205 | (25-1) 5th amended Pre Petition | 5800-000 | | $9,733.77 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $452,006.97 | $452,006.97 |
| Less: Bank Transfers/CD's | $24,006.97 | $0.00 |
| Subtotal | $428,000.00 | $452,006.97 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $428,000.00 | $452,006.97 |

| | | |
|---|---|---|
| Page Subtotals: | $0.00 | $23,769.31 |

**UST Form 101-7-TDR (10/1/2010)** *(Page: 23)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX2241 - Checking Account | $428,000.00 | $452,006.97 | $0.00 |
| XXXXXX4710 - Money Market Account (Interest Earn | $25,467.85 | $1,460.88 | $0.00 |
|  | $453,467.85 | $453,467.85 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| Total Net Deposits: | $453,467.85 |
| Total Gross Receipts: | $453,467.85 |